UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY LLOYD,

                Plaintiff,

    v.

C/O PAYNE, *et al.*,

                Defendants.

Case No.  C06-5365 RJB/KLS

ORDER TO SHOW CAUSE

       This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

       On June 28, 2006, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. # 1).  On June 30, 2006, the Clerk sent plaintiff a letter informing him that he must either pay the court filing fee or submit a proper application to proceed *in forma pauperis* by submitting a written consent form, answering question 2b on the application to proceed *in forma pauperis*, and submitting a certified copy of his trust acccount statement, or this matter could be subject to dismissal. (Dkt. # 2).

       Pursuant to 28 U.S.C. § 1915(a)(2):

ORDER
Page - 1

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

Plaintiff has not submitted a statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint.

In addition, pursuant to 28 U.S.C. § 1915(b), a prisoner seeking to proceed *in forma pauperis* is required to submit a written acknowledgment and authorization form, authorizing the agency having custody over him to collect from his prison trust account an initial partial filing fee and subsequent monthly payments until the full filing fee is paid. Plaintiff has not submitted the acknowledgment and authorization form approved for use by this court.

Local Rule CR 3(b) provides in relevant part:

> At the time application is made under 28 U.S.C. § 1915 or other applicable acts of Congress, for leave to commence any civil action or to file any petition or motion without being required to prepay fees and costs or give security for them, each petitioner, movant or plaintiff shall:
>
> (1) Complete the in forma pauperis affidavit approved for use in this district; and
>
> (2) File a written consent that the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.

Plaintiff has not submitted the written consent required by Local Rule CR 3(b)(2).

Accordingly, the Court **ORDERS** the following:

(1)  Plaintiff shall seek to cure the above deficiencies by paying the full $350.00 court filing fee or filing a proper application to proceed *in forma pauperis* **no later than September 1, 2006**, a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing the balance and activity of his account(s) for the six-month period immediately preceding the filing of his complaint; a copy of the acknowledgment and authorization form pursuant to 28 U.S.C. § 1915(b); and a copy of the written consent required by Local Rule CR 3(b).

**Failure to cure these deficiencies by the above date shall be deemed a failure to**

**properly prosecute this matter and the court will recommend dismissal of this matter.**

(2)  The Clerk is directed to send a copy of this Order to plaintiff, along with the appropriate forms.

DATED this <u>2nd</u> day of August, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 3