1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

LARRY LLOYD,

8

                    Plaintiff,

9

          v.

10

C/O PAYNE, *et al.*,

11

                    Defendants.

Case No.  C06-5365 RJB/KLS

ORDER TO ANSWER
COMPLAINT

12

13

        This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom

14

pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.   On October 31, 2006, a Notice of

15

Appearance was entered in this case on behalf of Defendants Payne, Watkins, Fitzwater, Atkins, and Ione

16

George.  (Dkt. # 13).  To date, however, Defendants have not filed an answer to the Complaint.

17

        Accordingly, Defendants are ORDERED to file an Answer to Plaintiff's Complaint within **ten (10)**

18

**days of the date of this Order**.

19

        The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

20

21

        DATED this 23rd  day of February, 2007.

22

23

24

25

                                        Karen L. Strombom
                                        United States Magistrate Judge

26

27

28

ORDER
Page - 1