UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY LLOYD,<br><br>              Plaintiff,<br><br>    v.<br><br>C/O PAYNE, *et al.*,<br><br>              Defendants. | Case No.  C06-5365 RJB/KLS<br><br>ORDER GRANTING IN PART/DENYING IN PART PLAINTIFF'S REQUEST FOR COPYWORK AND FOR INTERVENTION |

      This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.  Before the Court are the motions of Plaintiff asking the Court for various documents and things.  (Dkt. # 35, 37 and 40).  Plaintiff complains that the Pierce County Jail is refusing him legal assistance and photocopies and seeks intervention by the Court.  Plaintiff also asks that the Court Clerk forward to him copies of his original complaint, Defendants' answer, the Pretrial Scheduling Order, the Docket Sheet, amended pleading forms, and that the Court Clerk serve opposing counsel with copies of grievances.  (*Id.*)  Defendants oppose Plaintiff's motions, arguing that this Court lacks jurisdiction to provide Plaintiff the relief he seeks as the Pierce County Jail is not a party to this action and because Plaintiff has failed to show that he has been denied access to his legal materials.  (Dkt. # 36, 42).

ORDER
Page - 1

**A.     Plaintiff's Request for Service of Grievances and Copies**

Plaintiff is advised that although he has been granted *in forma pauperis* status, he is still obligated to file his pleadings and serve them on opposing parties. Therefore, Plaintiff's request that the Court serve copies of his grievances upon opposing counsel is denied.

As a one-time courtesy, the Court will provide to Plaintiff at no charge, copies of the complaint, Defendants' answer, the Pretrial Scheduling Order, and the Docket Sheet. Plaintiff is advised that the normal charge for copies is $.50 per page. This charge is applicable notwithstanding Plaintiff's *in forma pauperis* status and will be applied in the future. In addition, the Clerk of the Court will provide Plaintiff with four copies of 42 U.S.C. § 1983 pleading forms. The Court notes that Plaintiff has requested the forms applicable to amended pleadings. However, no such forms exist. Plaintiff is further advised, that the Court Clerk may not provide legal materials or legal advice to parties.

**B.     Plaintiff's Request for Intervention**

Plaintiff requests that this Court direct the Pierce County Jail provide him with legal assistance and photocopies. The Pierce County Jail is not a party to this action and therefore, this Court lacks jurisdiction to provide the relief Plaintiff seeks. See, *Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110 (1969) ("A court has no power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the defendant.")

Accordingly, it is **ORDERED as follows:**

(1)     The Clerk of the Court shall send to Plaintiff, at no charge, copies of the Complaint (Dkt. # 8), Defendants' Answer (Dkt. # 20), the Pretrial Scheduling Order (Dkt. # 21), and a copy of the Docket;

(2)     The remainder of Plaintiff's motions (Dkt. # 35, 37 and 40) are **DENIED**; and

(3)     The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this __22nd__ day of August, 2007.

Karen L. Strombom
United States Magistrate Judge